UNITED STATES of America,
Plaintiff—Appellee,

v.

Jerry INDUSTRIOUS, Defendant—
Appellant.

No. 07–7644.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 24, 2008.

Decided: April 28, 2008.

Jerry Industrious, Appellant Pro Se. Angela Hewlett Miller, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before KING and SHEDD, Circuit Judges, and WILKINS, Senior Circuit Judge.

PER CURIAM:

Jerry Industrious appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Industrious' motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Industrious,* Nos. 1:00–cr–00020–NCT; 1:06–cv–00094–NCT (M.D.N.C. Oct. 24, 2007). We further deny Industrious' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*